UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JORDAN SIMMONS * | | CIVIL ACTION NO.: |
| Plaintiff * | | |
| * | | |
| VERSUS | | |
| SECTION | | |
| * | | |
| * | | |
| GALLIANO MARINE SERVICE * | | |
| , LLC * | | |
| Defendant * | | MAGISTRATE |
| * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>COMPLAINT</u>

TO:   THE HONORABLE JUDGE OF THE EASTERN DISTRICT
       OF THE STATE OF LOUISIANA:

The complaint of Jordan Simmons, a person of the full age of majority and a citizen of and domiciled in the State of Florida, with respect avers:

1.

Made defendant herein is **GALLIANO MARINE SERVICE, LLC** (hereinafter **"GALLIANO"**), a domestic company authorized to do and doing business in the Eastern District of the State of Louisiana.

2.

That jurisdiction for this claim is based upon the existence of a federal question 28 USC §

1331 and the general maritime law and venue is proper pursuant to 28 USC §1391 as the defendant is subject to personal jurisdiction in the Eastern District.

3.

That at all times material hereto, plaintiff was working as a Jones Act seaman and was employed by the defendant, GALLIANO, and was assigned to work as AB deckhand aboard the M/V Dino Chouest ( hereinafter "vessel") in the navigable waters of the State of Louisiana.

4.

That on or about the 24th of October, 2013, your plaintiff was aboard the vessel assigned to resurface the exterior ceiling of the entire vessel with solely the use of a ladder.  After completing the 05 level and in an effort to work his way down to the 01 level, he worked continuously overhead with the absence of scaffolding and developed severe, debilitating, disfiguring and permanent injuries to his shoulder.

5.

That the above described incident was caused solely by the negligence of **GALLIANO** through its agents, servants and employees and the unseaworthiness of the M/V Dino Chouest which are more particularly described as follows:

<u>NEGLIGENCE OF GALLIANO</u>

    a.    Failing to provide competent supervision;

    b.    Failure to provide a safe working environment;

    c.    Failure to provide safe working platform;

    d.    Ordering plaintiff to perform an unsafe task;

e. Failing to use alternative and safer methods to resurface ceilings;

failure to maintain and/or supply safe equipment and appliances; care in selecting a competent master and fellow crewmen; negligent order

### UNSEAWORTHINESS OF THE VESSEL, M/V DINO CHOUEST

a. Having incompetent supervision;

b. Failure to maintain and/or supply safe equipment and appliances;

c. Failure to provide a safe working environment;

d. Failure to provide a safe working platform;

p. Other unseaworthy conditions which will be shown more fully at the trial of this matter.

6.

That without regard to the issues of negligence or unseaworthiness, the defendant, **GALLIANO,** became obligated to pay your plaintiff maintenance, cure and unearned wages until such time as he has reached maximum medical improvement.

7.

That as a result of the negligence of the defendant, **GALLIANO,** and the unseaworthiness of the vessel, your plaintiff sustained the following damages:

Physical pain and suffering, past, present and future;

Mental pain and suffering, past, present and future;

Loss of earnings, past, present and future;

Loss of earnings capacity;

Medical expenses, past, present and future;

Disfigurement;

Loss of enjoyment of life;

Permanent disability.

8.

WHEREFORE, plaintiff, Jordan Simmons, prays that the defendant **GALLIANO** be duly cited and served with a copy of this Complaint and that after due proceedings are had that there be judgment rendered in favor of your plaintiff Jordan Simmons and against the defendant **GALLIANO** in an amount sufficient to adequately compensate him for his damages, together with legal interest from date of judicial demand until paid, for all costs of these proceedings and for all general and equitable relief.

                                               BRUNO & BRUNO

                                               __/s/ Joseph M. Bruno, Jr._____
                                               JOSEPH M. BRUNO, JR. #30229
                                               855 BARONNE STREET
                                               NEW ORLEANS, LOUISIANA 70113
                                               (504) 525-1335

WILL SERVE BY WAIVER

GALLIANO MARINE SERVICE, LLC
THROUGH ITS AGENT FOR SERVICE
DIONNE C. AUSTIN
16201 EAST MAIN STREET
CUT OFF, LA 70345